FILED
AUG 13 2008
AuG 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 644 |
| | ) | |
| v. | ) | Honorable Michael T. Mason |
| | ) | |
| ANTHONY TIMBERLAKE | ) | **UNDER SEAL** |
| a/k/a G-Fats | ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the criminal complaint and other documents in the above-captioned case. In support of this motion, the government states as follows:

1. The criminal complaint in this case charges the defendant with the offense of knowingly and intentionally distributing a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The Federal Bureau of Investigation ("FBI") is currently conducting an investigation on members of the Ghost Town faction of the Black P Stone Nation ("BPSN") street gang. Ghost Town is an area of Chicago, Illinois, located in the vicinity of 68th Street and Winchester Avenue. The Ghost Town faction of the BPSN is hereinafter referred to as Ghost Town BPSN. During the course of the investigation, a Cooperating Witness has supplied narcotics trafficking information concerning Anthony Timberlake and other members of the Ghost Town BPSN.

2. If the filing of the criminal complaint became a matter of public record prior to the execution of the arrest warrant the investigation and prosecution of the defendant

may be jeopardized. Additionally, any other individuals working with the defendant to distribute narcotics might flee the jurisdiction, destroy or move controlled substances or evidence, prepare for violent confrontation with the arresting officers or otherwise generally take steps to thwart or interfere with the government's investigation.

3.  This Court has authority to seal these materials under appropriate circumstances. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978); *In Re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979); *In Re September 1971 Grand Jury*, 454 F.2d 580 (7th Cir. 1971), *rev'd on other grounds*; *United States v. Webbe*, 791 F.2d 103, 106 (8th Cir. 1986).

WHEREFORE, the United States respectfully requests this Court to enter an order placing the criminal complaint and other documents in the above-captioned case under seal for a period of 30 days, through and including September 13, 2008, or until further order of the Court. Notwithstanding the foregoing, the government respectfully requests that it be permitted to disclose the Complaint, Affidavit, and Arrest Warrant in order to facilitate the location, apprehension, or return of Anthony Timberlake to the Northern District of Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: ANTHONY P. GARCIA
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
Phone: (312) 469-6151
Fax: (312) 353-4324