# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 644 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Anthony Timberlake | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Anthony Timberlake. Government's motion to seal Criminal Complaint, Affidavit and Arrest Warrant is granted. Case is to remain under seal through and including 9/13/08 or until further order of the Court. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|