UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 644 |
| ) | |
| v. ) | Honorable Michael T. Mason |
| ) | |
| ANTHONY TIMBERLAKE, ) | **UNDER SEAL** |
| a/k/a G-Fats ) | |

### ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint and the other documents in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint and the other documents in the above-captioned case be placed under seal for a period of 30 days, through and including September 13, 2008, or until further order of the Court. IT IS HEREBY ORDERED that the government may disclose the Complaint, Affidavit, and Arrest Warrant in order to facilitate the location, apprehension, or return of Anthony Timberlake to the Northern District of Illinois.

ENTER:

Dated: August 13, 2008

_____
MICHAEL T. MASON
United States Magistrate Judge