Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 644 - 1 | **DATE** | 08/29/08 |
| **CASE TITLE** | \multicolumn{3}{l}{USA vs. Anthony Timberlake} |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant Anthony Timberlake appears in response to arrest on 08/29/08. Defendant informed of his rights. Enter order appointing Beth Gaus of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 09/04/08 at 3:00 p.m. Defendant to remain in custody pending the detention hearing. Order case unsealed.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|